AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Alice Shewmake

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 2:05cv 793-M

Exhibit Transport, Inc.;
Exhibit Transfer & Storage, Inc.;
Ken Keith Trucking, Inc.; and
Alva Eugene Sypolt

TO: (Name and address of Defendant)

**Alva Eugene Sypolt
820 Harmon Street
St. Joseph, Missouri 64504**

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Zulanas, Esq.
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Colonnade Pkwy., Suite 650
Birmingham, Alabama 35243

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                 8-24-05

CLERK                                              DATE

*Charlene Campbell*

(By) Deputy Clerk

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
__Middle__ District of __Alabama__

*Alice Shewmake*

V.

*Exhibit Transport, Inc.;*
*Exhibit Transfer & Storage, Inc.;*
*Ken Keith Trucking, Inc.; and*
*Alva Eugene Sypolt*

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05cv793-M

**TO:** (Name and address of Defendant)

**Ken Keith Trucking Company, Inc.**
**℅ Kenneth W. Keith**
**801 Hickory Street**
**St. Joseph, Missouri 64503**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Zulanas, Esq.
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Colonnade Pkwy., Suite 650
Birmingham, Alabama 35243

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         8-24-05
CLERK                                                      DATE

*Charlene Campbell*
(By) Deputy Clerk

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
__Middle__ District of __Alabama__

*Alice Shewmake*

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 2:05cv793-M

*Exhibit Transport, Inc.;*
*Exhibit Transfer & Storage, Inc.;*
*Ken Keith Trucking, Inc.; and*
*Alva Eugene Sypolt*

**TO:** (Name and address of Defendant)

**Exhibit Transfer & Storage, Inc.**
**℅ Kenneth W. Keith**
**801 Hickory Street**
**St. Joseph, Missouri 64503**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Zulanas, Esq.
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Colonnade Pkwy., Suite 650
Birmingham, Alabama 35243

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

*Charlene Campbell*
(By) Deputy Clerk

8-24-05
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Alice Shewmake

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 2:05cv793-M

Exhibit Transport, Inc.;
Exhibit Transfer & Storage, Inc.;
Ken Keith Trucking, Inc.; and
Alva Eugene Sypolt

**TO:** (Name and address of Defendant)

**Exhibit Transport, Inc.
℅ Kenneth W. Keith
801 Hickory Street
St. Joseph, Missouri 64503**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Chris Zulanas, Esq.
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 Colonnade Pkwy., Suite 650
Birmingham, Alabama 35243

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_
CLERK

_Charlene Campbell_
(By) Deputy Clerk

8-24-05
DATE