**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Exhibit Transfer & Storage, Inc.
   ℅ Kenneth W. Keith
   801 Hickory Street
   St. Joseph, Missouri 64503

   05cv 793

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent  ☐ Addressee

B. Received by (Printed Name): S Thompson
C. Date of Delivery: 8-29-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 1276 4372

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Exhibit Transport, Inc.
   ℅ Kenneth W. Keith
   801 Hickory Street
   St. Joseph, Missouri 64503

   05cv 793

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent  ☐ Addressee

B. Received by (Printed Name): S Thompson
C. Date of Delivery: 8-29-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 1276 4365

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ken Keith Trucking Company, Inc.
   ℅ Kenneth W. Keith
   801 Hickory Street
   St. Joseph, Missouri 64503

   05cv 793

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☒ Agent  ☐ Addressee

B. Received by (Printed Name): S Thompson
C. Date of Delivery: 8-29-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered  ☐ Return Receipt for Merchandise
   ☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1010 0000 1276 4389

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540