**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 11, 2005

# NOTICE OF REASSIGNMENT

Re:  Alice Shewmake v. Exhibit Transport, Inc., et al.
     Civil Action No. 2:05cv793-M

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:05cv793-F. This new case number should be used on all future correspondence and pleadings in this action.