IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ALICE SHEWMAKE,** | ) |
| | ) |
|       **Plaintiff,** | ) |
| | )    Civil Action No.: 2:05cv793-M |
| v. | ) |
| | ) |
| **EXHIBIT TRANSPORT, INC.;** | ) |
| **KEN KEITH TRUCKING, INC.;** | ) |
| **EXHIBIT TRANSFER & STORAGE,** | ) |
| **INC.; and ALVA EUGENE SYPOLT,** | ) |
| | ) |
|       **Defendants.** | ) |

**CORPORATE DISCLOSURE STATEMENT**

COMES NOW the Defendant, **Ken Keith Trucking, Inc.**, pursuant to Fed. R. Civ. P. 7.1, and discloses the following:

1. Ken Keith Trucking, Inc., does not have a parent corporation.

2. No publicly held corporation owns any of Ken Keith Trucking, Inc.'s stock.

 

/s/ Lea Richmond, IV
Thomas L. Oliver, II
Lea Richmond
Attorneys for Defendant Ken Keith Trucking, Inc., and
Alva Eugene Sypolt

**OF COUNSEL:**
CARR, ALLISON, PUGH, HOWARD,
    OLIVER & SISSON
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216
(205) 822-2006

-1-

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 26, 2005, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. Zulanas
Jess S. Boone
FRIEDMAN, LEAK, DAZZIO,
  ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243

James Anderson
801 Hickory Street
St. Joseph, Missouri 64503

            /s/ Lea Richmond

            OF COUNSEL

-2-