IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 2:05cv793-M |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, | ) |
| INC.; and | ) |
| ALVA EUGENE SYPOLT | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

COMES NOW James Anderson, counsel for defendants, Exhibit Transport, Inc. and Exhibit Transfer & Storage, Inc., who is an attorney admitted to practice before this Court, and respectfully moves this Honorable Court to grant permission to Lee C. Tieman and Jack Hendrix of the firm Liles, Davison, Tieman & Goins, LLC of St. Joseph, Missouri, to appear *pro hac vice* in this action for the purpose of representing defendants Exhibit Transport, Inc. and Exhibit Transfer & Storage, Inc. The applicants are admitted to practice before the United States District Court for the Western District of Missouri, which is the district in which the applicants reside or regularly practice law. Certificates of Good Standing for these applicants are attached hereto.

With the filing of this motion, the undersigned is submitting to the Clerk of this Court a check in the amount of $40.00 in payment of the fees prescribed by Rule 83.1 (b) of the Rules of the United States District Court for the Middle District of Alabama.

- 2 -

Respectfully submitted this the 26th day of Oct, 2005.

_____
James H. Anderson (AND021)
BEERS, ANDERSON, JACKSON,
   PATTY & VAN HEEST, P.C.
P. O. Box 1988
Montgomery, AL 36102
(334)834-5311 - phone
(334)834-5362
janderson@beersanderson.com
ATTORNEYS FOR DEFENDANTS
EXHIBIT TRANSPORT, INC. and
EXHIBIT TRANSFER & STORAGE INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 26, 2005, a copy of the foregoing document was served upon Plaintiff's counsel by placing a copy in the United States Mail, postage prepaid, and properly addressed to them as follows:

Christopher J. Zulanas
Jess S. Boone
FRIEDMAN, LEAK, DAZZIO,
  ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243

    And

Thomas L. Oliver, II
Lea Richmond
CARR, ALLISON, PUGH, HOWARD
  OLIVER & SISSON
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

_____
James H. Anderson

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            )
                                    )  SS.
WESTERN DISTRICT OF MISSOURI        )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Leroy (Lee) C. Tieman was duly admitted to practice in said Court on October 4, 1991.

Leroy (Lee) C. Tieman is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on October 3, 2005

Patricia L. Brune, Clerk

By Lori Carr
Lori Carr, Deputy Clerk

:goodst.att

## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA   )
                           )   SS.
WESTERN DISTRICT OF MISSOURI )

I, Patricia L. Brune, Clerk of the United States District Court for the Western District of Missouri,

DO HEREBY CERTIFY that Jackie Dale Hendrix was duly admitted to practice in said Court on October 21, 1996.

Jackie Dale Hendrix is currently in an active status and has not been disciplined by this Court.

Dated at Kansas City, Missouri
on October 3, 2005

Patricia L. Brune, Clerk

By Lori Carr
Lori Carr, Deputy Clerk

:goodst.att