IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-793-F |
| | ) | |
| EXHIBIT TRANSPORT, INC., *et al.*, | ) | |
| | ) | |
|    Defendants. | ) | |

# **O R D E R**

Upon consideration of the Motion for Lee C. Tieman and Jack Hendrix to Appear Pro Hac Vice (Doc. #9) filed on October 26, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 2nd day of November, 2005.

                                                         /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE