IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA,
EASTERN DIVISION

| | | |
|---|---|---|
| **ALICE SHEWMAKE** | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action No.: 2:05cv793-F. |
| | * | |
| | * | |
| **KEN KEITH TRUCKING,** | * | |
| Defendant. | * | |

## REPORT OF THE PARTIES PLANNING MEETING

1.  Pursuant to Fed. R. Civ. 26(f), a meeting was held on November 10, 2005, via telephone conference and was attended by:

**Jess S. Boone, Esq.**, for Plaintiff;
**Lea Richmond, IV, Esq.**, for Defendants Ken Keith Trucking and Alva Eugene Sypolt

2.  **Pre-Discovery Disclosures.** The parties will exchange by **December 1, 2005**, the information required by Federal Rule of Civil Procedure 26(a)(1).

3.  **Discovery Plan.** The parties jointly propose to the Court the following discovery plan

Discovery will be needed on the following subjects:   Plaintiff's claims and damages and Defendants' defenses.

All discovery commenced in time to be completed by **July 1, 2006.**

Maximum of 40 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 50 requests for production by each party to any other party. Responses due 30 days after service.

Maximum of 20 requests for admission by each party to any other party. Responses due 30 days after service.

Maximum of **twenty-five (25)** depositions by Plaintiff and **twenty-five (25)** depositions by Defendants. Each deposition is limited to a maximum of 8 hours per deponent.

Reports from retained experts under Rule 26(a)(2) due:
from Plaintiff by **March 1, 2006.**
from Defendant by **April 1, 2006.**

Supplements under Rule 26(e) due within **June 1, 2006.**

4. **Other items.**

The parties do not request a conference with the Court before entry of the scheduling order.

Plaintiff should be allowed until **March 1, 2006**, to join additional parties and to amend the pleadings.

Defendant should be allowed until **March 15, 2006**, to join additional parties and to amend the pleadings.

All potentially dispositive motions should be filed by **July 1, 2006.**

The parties request a pre-trial conference in **July of 2006.**

Final lists of trial evidence under Rule 26(a)(3) should be due:

from Plaintiff: witnesses and exhibit list exchanged **30 days before trial.**
from Defendant: witnesses and exhibit list exchanged **30 days before trial.**

Parties should have **10** days after service of final lists of trial evidence to list objections under Rule 26(a)(3).

The parties will discuss settlement, but some discovery will be necessary before final evaluation can be made. Mediation should be considered at the close of discovery.

This case should be ready for trial by **the Court's August 21, 2006 jury docket in Montgomery, Alabama**, and at this time is expected to take approximately **5 days.**

_____
Christopher J. Zulanas
Jess S. Boone
**ATTORNEYS FOR PLAINTIFF**
FRIEDMAN, LEAK, DAZZIO,
ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219

_____
Thomas L. Oliver, II (31533)
Lea Richmond, IV (18479)
**ATTORNEYS FOR DEFENDANT**
CARR, ALLISON, PUGH,
HOWARD, OLIVER & SISSON, P.C.
100 Vestavia Parkway
Birmingham, Alabama 35216

/s/ James Anderson
James Anderson
**ATTORNEY FOR DEFENDANT**
EXHIBIT TRANSPORT INC.
EXHIBIT TRANSPORT & STORAGE, INC
801 Hickory Street
St. Joseph, Missouri 64503