EXHIBIT A

Case 2:05-cv-00793-MEF-WC   Document 14-2   Filed 12/13/2005   Page 1 of 10

# FRIEDMANLEAK

ATTORNEYS & COUNSELORS AT LAW

JESS S. BOONE
jboone@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7060

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205-278-7000  F 205-278-7001
WWW.FRIEDMANLEAK.COM

December 5, 2005

**VIA FACSIMILE**
Lea Richmond
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

James H. Anderson
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, AL 36102

Jack Dale Hendrix
Lee C. Tieman
Liles, Davison, Tieman & Goins, LLC
1018 West Saint Maartens Drive
Suite 200
St. Joseph, MO 64506

      RE:   Alice Shewmake
                Our File Number: 462-3996

Dear Counsel:

      We recently received the scheduling order in this case and are writing to suggest a change.

      In our planning meeting report, we suggested setting a deadline of March 1, 2006 for the plaintiff to amend the pleadings and to add parties. Likewise, we suggested the deadline of March 15, 2006 for the defendants to do the same. The scheduling order sets a deadline of February 10, 2006 for all parties amend the pleadings and add parties.

      Since we will be exploring the relationship among the defendants, as well as any other possible unnamed entities, we want to extend the deadline to the dates originally proposed to the court. Since we

Counsel
December 5, 2005
Page -2-

were prohibited from initiating formal discovery before the entry of the scheduling order, we do not believe extending the deadline by another month or so is unreasonable. Lea Richmond and I have talked about amending the scheduling order in this fashion and he has no objections to doing so. Towards this end, we have prepared a joint motion for your review. In order to facilitate matters, we would like to submit the motion as a joint motion.

Once you have had an opportunity to review this letter, please let us know of any changes or suggestions to the motion. If you have no changes or suggestions, please sign it and return it to us. We will take care of filing it. Please be advised that any motions to amend the scheduling order must be filed before December 13, 2005.

Thanks for your cooperation.

Sincerely,

FRIEDMAN, LEAK, DAZZIO, ZULANAS
& BOWLING, P.C.

Jess S. Boone

JSB/cec
Enclosure
   (1)    Joint Motion to Amend Scheduling Order

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALICE SHEWMAKE,

    Plaintiff,

v.

EXHIBIT TRANSPORT, INC.;
KEN KEITH TRUCKING, INC.;
EXHIBIT TRANSFER & STORAGE, INC.;
and ALVA EUGENE SYPOLT,

    Defendants

) CIVIL ACTION CASE NUMBER
) 2:05-cv-000793-VPM

## JOINT MOTION TO AMEND SCHEDULING ORDER

COMES NOW the plaintiff and defendants in this case, by and through their respective undersigned counsel, and respectfully submit their Joint Motion to Amend Scheduling Order and, as grounds therefor, state as follows:

This is a personal injury lawsuit arising out of a motor vehicle accident involving a passenger vehicle and an eighteen wheeler truck.

2. On November 30, 2005, this Court entered a scheduling order setting, among other things, the deadline for the parties to amend the pleadings and to add additional parties on February 10, 2006.

3. In order to allow the plaintiff to address the relationship between and among the named defendants, as well as any currently unknown parties, entities or individuals who should be included as parties in this lawsuit, the plaintiff respectfully requests this Court to extend the deadline for the parties to amend the pleadings and add additional parties beyond its current deadline. In the Report of the Parties'

Planning Meeting, the parties suggested a deadline of March 1, 2006 for the plaintiff to amend the pleadings and add parties and a deadline of March 15, 2006 for the defendants to do the same.

4. The plaintiff respectfully requests this Court to extend the deadline for such amendments as originally suggested in the Report of the Parties' Planning Meeting. Alternatively, if the Court does not see fit to set separate deadlines for the plaintiff and defendants, the plaintiff requests that the current deadline of February 10, 2006 be extended an additional thirty days. The defendants do not object to these proposed changes to the scheduling order.

5. For the reasons set forth more fully above, the parties respectfully request this Court to grant their Joint Motion to Amend Scheduling Order.

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff and defendants, by and through their respective undersigned counsel, respectfully requests this Court to grant their Joint Motion to Amend Scheduling Order

Respectfully submitted,

_____
Christopher J. Zulanas (ASB-1572-U82C)
Jess S. Boone (ASB-3319-N70J)
Attorneys for Plaintiff Alice Shewmake

**OF COUNSEL:**

FRIEDMAN, LEAK, DAZZIO ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, Alabama 35243
(205) 278-7000 telephone
(205) 278-7001 facsimile

2

 

```
                                        _____
                                        Lea Richmond
                                        Attorney for Defendants
                                        Alva Eugene Sypolt and Ken Keith Trucking, Inc.
```

**OF COUNSEL:**

Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

                                                    James H. Anderson
                                                    Attorney for Defendants
                                                    Exhibit Transport, Inc. and
                                                    Exhibit Transfer & Storage, Inc.

**OF COUNSEL:**

Beers, Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, AL 36102

## CERTIFICATE OF SERVICE

      I hereby certify I have caused a copy of the foregoing pleading to be served on counsel for all parties by placing copies thereof in the United States Mail, first class postage prepaid and properly addressed, on this the _____ day of _____, 2005.

Jack Dale Hendrix
Lee C. Tieman
Liles, Davison, Tieman & Goins, LLC
1018 West Saint Maartens Drive
Suite 200
St. Joseph, MO 64506

462-3996

                                                    OF COUNSEL

```
************************************************************************
*                      TRANSACTION REPORT                               *
*                                            DEC-06-05 TUE 08:09 AM     *
*                                                                       *
* DATE START   RECEIVER      TX TIME  PAGES TYPE     NOTE          M# DP*
*---------------------------------------------------------------------- *
*                            1' 32"    7    SEND     OK            360  *
*                                                                       *
*                            TOTAL :  1M 32S  PAGES:  7                 *
************************************************************************
```

# FRIEDMAN LEAK
### ATTORNEYS & COUNSELORS AT LAW

JEFF FRIEDMAN  
JOE L. LEAK  
P. THOMAS DAZZIO, JR.  
CHRISTOPHER J. ZULANAS  
J. MICHAEL BOWLING  
JAMES W. MOSS  

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.  
3800 COLONNADE PARKWAY, SUITE 650, BIRMINGHAM, AL 35243  
P 205-278-7000 F 205-278-7001 WWW.FRIEDMANLEAK.COM  

MAILING ADDRESS  
P. O. BOX 43219  
BIRMINGHAM, AL 35243-3219  

JESS S. BOONE  
MICHAEL J. DOUGLAS  
H. SPENCE MORANO  
LEE T. PATTERSON  
*LARA KEAHEY, R.N.  

OF COUNSEL:  
ROBERT G. BOLIEK, JR.  

*ALSO ADMITTED IN GEORGIA

| | |
|---|---|
| Today's date: | December 6, 2005 |
| Deliver to: | Mr. Lea Richmond, IV |
| Fax number: | 822-2057 |
| From: | Crystal Coulon - Secretary to Jess S. Boone |
| Our file number: | 462-3996 |
| Case name: | Alice Shewmake |
| # of pages being sent: | 7 |

```
*****************************************************************
*                    TRANSACTION REPORT                          *
*                                              DEC-06-05 TUE 08:06 AM *
*                                                                *
* DATE  START      RECEIVER        TX TIME  PAGES TYPE  NOTE          M#  DP *
*----------------------------------------------------------------*
* DEC-06 08:05 AM  913348345362    1'31"    7    SEND   OK            361   *
*----------------------------------------------------------------*
*                                  TOTAL :  1M 31S  PAGES:  7         *
*****************************************************************
```

# FRIEDMAN LEAK

### ATTORNEYS & COUNSELORS AT LAW

| | | |
|---|---|---|
| JEFF FRIEDMAN | FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C. | JESS S. BOONE |
| JOE L. LEAK | 3800 COLONNADE PARKWAY, SUITE 650, BIRMINGHAM, AL 35243 | MICHAEL J. DOUGLAS |
| P. THOMAS DAZZIO, JR. | P 205-278-7000 F 205-278-7001 WWW.FRIEDMANLEAK.COM | H. SPENCE MORANO |
| CHRISTOPHER J. ZULANAS | | LEE T. PATTERSON |
| J. MICHAEL BOWLING | MAILING ADDRESS | *LARA KEAHEY, R.N. |
| JAMES W. MOSS | P. O. BOX 43219 | |
| | BIRMINGHAM, AL 35243-3219 | OF COUNSEL: |
| | | ROBERT G. BOLIEK, JR. |
| | | *ALSO ADMITTED IN GEORGIA |

| | |
|---|---|
| Today's date: | December 6, 2005 |
| Deliver to: | James H. Anderson |
| Fax number: | 334-834-5362 |
| From: | Crystal Coulon - Secretary to Jess S. Boone |
| Our file number: | 462-3996 |
| Case name: | Alice Shewmake |
| # of pages being sent: | 7 |

```
****************************************************************
*                         TRANSACTION REPORT                    *
*                                          DEC-06-05 TUE 08:22 AM
*                                                               *
* DATE  START    RECEIVER       TX TIME  PAGES TYPE   NOTE           M#  DP
* ------------------------------------------------------------------------
* DEC-06 08:20 AM 918163646396   1'32"    7    SEND   OK             363
* ------------------------------------------------------------------------
*                                TOTAL :  1M 32S PAGES: 7
****************************************************************
```

# FRIEDMANLEAK

ATTORNEYS & COUNSELORS AT LAW

JEFF FRIEDMAN
JOE L. LEAK
F. THOMAS DAZZIO, JR.
CHRISTOPHER J. ZULANAS
J. MICHAEL BOWLING
JAMES W. MOSS

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650, BIRMINGHAM, ALABAMA 35243
P 205-278-7000  F 205-278-7001  WWW.FRIEDMANLEAK.COM

MAILING ADDRESS
P.O. BOX 43219, BIRMINGHAM, ALABAMA 35243-3219

JESS S. BOONE
MICHAEL J. DOUGLAS
H. SPENCE MORANO
LEE T. PATTERSON
LARA KEAHEY, R.N.*

OF COUNSEL
ROBERT G. BOLIEK, JR
ALSO ADMITTED IN THE STATE OF GEORGIA

DATE: 12/6/5
DELIVER TO: Jark
FAX NUMBER: 1-816-364-6396
FROM: Jess Boone
OUR FILE #: 462-3996
OUR FILE NAME: Alice Shewmake
# PAGES SENT: 7  (INCLUDING COVER SHEET)