# EXHIBIT B

**Jess Boone**

| | |
|---|---|
| From: | Jess Boone |
| Sent: | Tuesday, December 06, 2005 4:12 PM |
| To: | 'Jack Hendrix' |
| Cc: | 'Lea Richmond'; 'Jody Herring'; Chris Zulanas |
| Subject: | RE: Your 12/6/05 Fax |

Jack,

That's fine with us. We have until December 14 to file any objections to the scheduling order. We just want to extend the deadline to add parties or amend the pleadings to the date suggested in the parties' planning meeting report or 30 days after its current deadline. Lea Richmond does not have any objections to it, but give us a call once you have had a chance to speak with your clients.

On another note, we did not receive your clients' initial disclosures that were due December 1, 2005. We would appreciate your sending them to us at your earliest convenience.

Thanks.

Jess Boone


Jess S. Boone
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
3800 Colonnade Pkwy, Ste. 650
P.O. Box 43219
Birmingham, AL  35243
Tel:  205-278-7060
Fax:  205-278-7001
www.friedmanleak.com




**From:** Jack Hendrix [mailto:jhendrix@ldtglaw.com]
**Sent:** Tuesday, December 06, 2005 3:44 PM
**To:** Jess Boone
**Cc:** 'Lea Richmond'; 'Jody Herring'
**Subject:** Your 12/6/05 Fax

Dear Mr. Boone:

I've been made aware of the information contained in your recent fax but have not had an opportunity to review it and discuss with my client, as I am in trial. I anticipate completion of that matter tomorrow afternoon and anticipate responding to you on Friday. If this timeframe is unacceptable please contact me (e-mail is best) at your earliest convenience.

Jack Hendrix


LILES, DAVISON, TIEMAN & GOINS,   .C
1018 West St. Maartens Drive, Suite 200

12/12/2005

St. Joseph, Missouri 64506
Telephone: 816-364-4044
Facsimile: 816-364-6396

**Confidential Statement:** This e-mail contains information from Liles, Davison, Tieman & Goins, LLC, and may be confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be aware that any use of the contents of this message is prohibited. If you have received this e-mail in error, please notify me immediately by e-mail reply and delete this message.

Although this e-mail and any attachments are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that this is virus free and no responsibility is accepted by Liles, Davison, Tieman & Goins, LLC for any loss or damage arising from its use. Nothing contained within this e-mail, including any attachments, is intended to include or constitute an "electronic signature" as defined in 15 U.S.C. 7006(5). Thank you.

12/12/2005