IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION CASE NUMBER: |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) **2:05-cv-000793-VPM** |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) |
| and ALVA EUGENE SYPOLT, | ) |
| | ) |
| Defendants | ) |

## MOTION TO AMEND SCHEDULING ORDER

COMES NOW the plaintiff in this case, by and through her counsel, and respectfully submits her Motion to Amend Scheduling Order and, as grounds therefor, state as follows:

1.  This is a personal injury lawsuit arising out of a motor vehicle accident involving a passenger vehicle and an eighteen wheeler truck.

2.  On November 30, 2005, this Court entered a scheduling order setting, among other things, the deadline for the parties to amend the pleadings and to add additional parties on February 10, 2006.

3.  In order to allow the plaintiff to address the relationship between and among the named defendants, as well as any currently unknown parties, entities or individuals who should be included as parties in this lawsuit, the plaintiff respectfully requests this Court to extend the deadline for the parties to amend the pleadings and add additional parties beyond its current deadline. In the Report of the Parties' Planning Meeting, the parties suggested a deadline of March 1, 2006 for the

plaintiff to amend the pleadings and add parties and a deadline of March 15, 2006 for the defendants to do the same.

4.  The plaintiff respectfully requests this Court to extend the deadline for such amendments as originally suggested in the Report of the Parties' Planning Meeting. Alternatively, if the Court does not see fit to set separate deadlines for the plaintiff and defendants, the plaintiff requests that the current deadline of February 10, 2006 be extended an additional thirty (30) days. Defendants Ken Keith Trucking, Inc. and Alva Eugene Sypolt do not object to these proposed changes to the scheduling order.

5.  For the reasons set forth more fully above, the parties respectfully request this Court to grant their Joint Motion to Amend Scheduling Order. The plaintiff's counsel asked counsel for defendants Exhibit Transport, Inc. and Exhibit Transfer & Storage, Inc. to consent to the proposed change, but the defendants' counsel has not yet responded. (See Letter, Exhibit A; See E-mail, Exhibit B).

**WHEREFORE, PREMISES CONSIDERED**, the plaintiff, by and through her respective counsel, respectfully requests this Court to grant her Motion to Amend Scheduling Order.

Respectfully submitted,

/s/ Christopher J. Zulanas
Christopher J. Zulanas (ASB-1572-U82C)
Jess S. Boone (ASB-3319-N70J)
Attorneys for Plaintiff Alice Shewmake

**OF COUNSEL:**

FRIEDMAN, LEAK, DAZZIO ZULANAS & BOWLING, P.C.
3800 Colonnade Parkway, Suite 650
Birmingham, Alabama 35243
(205) 278-7000 telephone
(205) 278-7001 facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify I have caused a copy of the foregoing pleading to be served on counsel for all parties by placing copies thereof in the United States Mail, first class postage prepaid and properly addressed, on this the 13th day of December, 2005.

Jack Dale Hendrix
Lee C. Tieman
Liles, Davison, Tieman & Goins, LLC
1018 West Saint Maartens Drive
Suite 200
St. Joseph, MO 64506

Thomas L. Oliver, II
Lea Richmond
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

James H. Anderson
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
Post Office Box 1988
Montgomery, AL 36102

462-3996

/s/ Christopher J. Zulanas
OF COUNSEL