**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

December 14, 2005

# NOTICE OF CORRECTION

**From:** Clerk's Office

**Case Style:** Shewmake v. Exhibit Transport, Inc. et al
**Case Number:** 2:05-cv-00793-F

**This Notice of Correction was filed in the referenced case this date to correct the main PDF document previously attached.**

**The corrected PDF document containing the date in the certificate of service is attached to this notice for your review. Reference is made to document # 14 filed on December 13, 2005.**