IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICE SHEWMAKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-cv-793-F |
| | ) | |
| EXHIBIT TRANSPORT, INC., *et. al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion to Amend Scheduling Order (Doc. # 14). Upon consideration, it is hereby ORDERED that the motion is DENIED.

DONE this 19th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE