IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| EXHIBIT TRANSPORT, INC.; | ) | **2:05-CV-00793-vpm** |
| KEN KEITH TRUCKING, INC.; | ) | |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) | |
| And ALVA EUGENE SYPOLT, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that DEFENDANTS EXHIBIT TRANSPORT, INC. and EXHIBIT TRANSFER & STORAGE, INC.'S RULE 26 INITIAL DISCLOSURES, together with a copy of this Certificate were mailed, first class postage prepaid, this 22nd day of December, 2005, to

Christopher J. Zulanas
Jess S. Boone
Friedman, Leak, Dazzio Zulanas & Bowling P.C.
3800 Colonnaide Parkway, Suite 650
Birmingham, Alabama 35243
Attorneys for Plaintiff, Alice Shewmake

Thomas L. Oliver, II
Lea Richmond
Carr, Allison, Pugh, Howard, Oliver & Sisson
100 Vestavia Parkway
Suite 200
Birmingham, Alabama 36216
Attorneys for Defendant, Ken Keith Trucking, Ind.

James H. Anderson
Beers, Anderson, Jackson, Patty & Van Heest, P.C.
P.O. Box 1988
Montgomery, Alabama  36102

Attorneys for Defendants:
    Exhibit Transport, Inc.
    Exhibit Transfer & Storage, Inc.

                      LILES, DAVISON, TIEMAN & GOINS, LLC

                      By:    /s/ Lee C. Tieman
                            LEE C. TIEMAN        MoBar 39353
                            JACK HENDRIX       MoBar 41661
                            1018 West St. Maartens Drive, Suite 200
                            St. Joseph, Missouri 64506
                            Telephone:    816-364-4044
                            Facsimile:     816-364-6396
ATTORNEYS FOR DEFENDANTS,
EXHIBIT TRANSPORT, INC. and
EXHIBIT TRANSFER & STORAGE, INC.