IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-cv-793-MEF |
| ) | |
| EXHIBIT TRANSPORT, INC., *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on Plaintiff's Motion for Leave to Amend Complaint (Doc. # 19). Upon consideration, it is hereby ORDERED that the motion is GRANTED.

DONE this the 10th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE