AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Northern Div.__

ALICE SHEWMAKE

V.

EXHIBIT TRANSPORT, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:05-cv-000793-F

TO: (Name and address of Defendant)

KENNETH W. KEITH
2975 SE GALVIN ROAD
ST. JOSEPH, MISSOURI 64504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER J. ZULANAS
JESS S. BOONE
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
BIRMINGHAM, ALABAMA 35243
TEL: (205) 278-7000

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*        2-16-06
CLERK                      DATE
(signature)
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA - Northern Div._____

ALICE SHEWMAKE

V.

EXHIBIT TRANSPORT, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  2:05-cv-000793-F

TO: (Name and address of Defendant)

MELONIE KEITH
2975 SE GALVIN ROAD
ST. JOSEPH, MISSOURI 64504

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER J. ZULANAS
JESS S. BOONE
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
BIRMINGHAM, ALABAMA 35243
TEL: (205) 278-7000

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    2-16-06
CLERK                                                DATE

_Charlene Campbell_
(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA - Northern Div.__

ALICE SHEWMAKE

V.

EXHIBIT TRANSPORT, INC., et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   2:05-cv-000793-F

TO: (Name and address of Defendant)

TRAVEL CENTERS OF AMERICA
24601 CENTER RIDGE ROAD
SUITE 200
WESTLAKE, OHIO 44145-5639

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

CHRISTOPHER J. ZULANAS
JESS S. BOONE
FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
BIRMINGHAM, ALABAMA 35243
TEL: (205) 278-7000

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

*Charlene Campbell*

(By) DEPUTY CLERK

DATE  2-16-06