**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    MELONIE KEITH
    2975 SE GALVIN ROAD
    ST. JOSEPH, MISSOURI 64504

    05cv793

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Melanie Keith
   ☐ Agent
   ☒ Addressee

B. Received by (Printed Name): Melanie Keith
C. Date of Delivery: 2-22-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0000 9018 5399

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    KENNETH W. KEITH
    2975 SE GALVIN ROAD
    ST. JOSEPH, MISSOURI 64504

    05cv793

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Melanie M. Keith
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name): Melanie Keith
C. Date of Delivery: 2-22-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7002 2030 0000 9018 5375

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154