**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:05-cv-000793-F |
| | ) | |
| EXHIBIT TRANSPORT, INC.; | ) | |
| KEN KEITH TRUCKING, INC.; | ) | |
| EXHIBIT TRANSFER & STORAGE, | ) | |
| INC.; ALVA EUGENE SYPOLT; | ) | |
| KENNETH W. KEITH; MELONIE | ) | |
| KEITH; and TRAVEL CENTERS OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## **A N S W E R**

**COMES NOW** the defendant, **Travel Centers of America ("TCA")**, and by and through undersigned counsel, answers plaintiff's Amended Complaint as follows:

1. This defendant is without sufficient knowledge to admit or deny.

2. This defendant is without sufficient knowledge to admit or deny.

3. This defendant is without sufficient knowledge to admit or deny.

4. This defendant is without sufficient knowledge to admit or deny.

5. This defendant is without sufficient knowledge to admit or deny.

6. This defendant is without sufficient knowledge to admit or deny.

7. This defendant is without sufficient knowledge to admit or deny.

8. Admit.

9. This defendant is without sufficient knowledge to admit or deny.

10. This defendant is without sufficient knowledge to admit or deny.

11. This defendant is without sufficient knowledge to admit or deny.

12. Denied.

13. Denied.

14. No response required.

15. Denied as it relates to TCA.

16. Denied as it relates to TCA.

17. No response required.

18. Denied as it relates to TCA.

19. Denied as it relates to TCA.

20. No response required.

21. This defendant is without sufficient knowledge to admit or deny.

22. Denied as it relates to TCA, and lacks sufficient information for all remaining defendants to either admit or deny.

23. Denied as it relates to TCA and TCA lacks sufficient information as to other defendants.

## ADDITIONAL DEFENSES

### FIRST DEFENSE

The Amended Complaint fails to state a claim for which relief can be granted.

### SECOND DEFENSE

Defendant denies the allegations of the Plaintiff's Complaint and demands strict proof thereof.

**THIRD DEFENSE**

The Plaintiff was guilty of negligence which proximately caused or contributed to cause the injury and damage alleged.

**FOURTH DEFENSE**

The Plaintiff assumed the risk of the injury and damage alleged.

**FIFTH DEFENSE**

The injury and damage alleged was not caused or occasioned by an act or inaction of this defendant but was rather the proximate result of a new, intervening, and/or efficient cause.

**SIXTH DEFENSE**

Defendant did not breach any duty owed to the plaintiff.

Respectfully submitted,

s/ Kile T. Turner
Kile T. Turner
Bar Number: ASB-8182-U83K
Attorney for Defendant
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, Alabama  35203
Phone: (205) 328-6643
Fax:  (205) 251-5479
Direct Dial:  (205) 259-1033
Email:  kturner@nwkt.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: janderson@beersanderson.com, jody@beersanderson.com, jboone@flb-law.com, mlittle@flb-law.com, jendrix@ldtglaw.com, dee@ldtglaw.com, tlo@carrallison.com, lnr@carrallison.com, ltieman@ldtglaw.com, czulanas@friedmanleak.com, mlittle@friedmanleak.com, and stacy@friedmanleak.com.

                    s/ Kile T. Turner
                    Norman, Wood, Kendrick & Turner
                    Financial Center – Suite 1600
                    505 20th Street North
                    Birmingham, AL  35203
                    Phone:  (205) 328-6643
                    Fax:  (205) 251-5479
                    Direct Dial:  (205) 259-1033
                    Email:  kturner@nwkt.com