IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| EXHIBIT TRANSPORT, INC.; ) | 2:05-cv-000793-F |
| KEN KEITH TRUCKING, INC.; ) | |
| EXHIBIT TRANSFER & STORAGE, INC.; ) | |
| ALVA EUGENE SYPOLT; KEN KEITH; ) | |
| MELONIE KEITH and TRAVEL CENTERS ) | |
| OF AMERICA, ) | |
| ) | |
| Defendants ) | |

## MOTION TO COMPEL

COMES NOW the Plaintiff in the above-styled matter, **Alice Shewmake,** and moves this Honorable Court to compel Defendant Travel Centers of America to respond to Interrogatories and Request for Production of Documents propounded by Plaintiff Alice Shewmake. As grounds for this motion, Plaintiff sets forth and says as follows:

1. Plaintiff's Interrogatories and Request for Production of Documents were propounded to Defendant Travel Centers of America to-wit: May 30, 2006.

2. Counsel for Plaintiff has made efforts to resolve this matter by letter, telephone call and in person, without the necessity of court involvement. (See affidavit attached as Exhibit "A").

3. To date, Defendant Travel Centers of America has failed and/or refused to respond to said discovery.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court enter an Order requiring Defendant Travel Centers of America to respond to said discovery within ten days.

_____
Christopher J. Zulanas - ZUL001
Attorney for Plaintiff Alice Shewmake

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000

## CERTIFICATE OF SERVICE

I hereby certify I have *electronically filed* a copy of the foregoing pleading and served a copy to all counsel of record listed below this __16th__ day of __September__, 2006.

_____
OF COUNSEL

cc:
Jack Hendrix (jhendrix@ldtglaw.com)
Lee Tieman (ltieman@ldtglaw.com)
Thomas L. Oliver (tlo@carrallison.com)
Lea Richmond (lnr@carrallison.com)
James Anderson (janderson@beersanderson.com)
Kile T. Turner (kturner@nwkt.com)

# Exhibit "A"

Affidavit of Chris Zulanas

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION CASE NUMBER: |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) 2:05-cv-000793-F |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) |
| ALVA EUGENE SYPOLT; KEN KEITH; | ) |
| MELONIE KEITH and TRAVEL CENTERS | ) |
| OF AMERICA, | ) |
| | ) |
| Defendants | ) |

### AFFIDAVIT OF CHRISTOPHER J. ZULANAS

1. I am over the age of nineteen (19) years and have personal knowledge of the facts stated herein.

2. As counsel for Plaintiff, Alice Shewmake, I have conferred with counsel for Defendant Travel Centers on America on several occasions in an effort to have Travel Centers of America voluntarily respond to Interrogatories and Request for Production of Documents propounded on May 30, 2006. I have made those attempts both before and after the Court's August 10, 2006 Order on a previous Motion to Compel. However, despite my efforts to obtain Travel Centers of America's voluntary compliance, Travel Centers of America has not provided any responses as of the date of this affidavit.

3. As good faith efforts to resolve this discovery issue have failed, on behalf of the Plaintiff, I am seeking an Order from the Court compelling Travel Centers of America to respond to the Interrogatories and Request for Production of Documents, without objections, immediately so that Plaintiff is not prejudiced in pursuing discovery and prosecuting her case in accordance with the Court's Scheduling Order.

Further affiant sayeth not.

_____
Christopher J. Zulanas

STATE OF ALABAMA    )
COUNTY OF JEFFERSON  )

I, **Stacy R. Aycock,** a Notary Public in and for said County and State, hereby certify that **Christopher J. Zulanas** whose name is signed to the foregoing document and who is known to me, acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the same on the day of its date.

Given under my hand and seal this  18  day of  September , 2006.

_____
Notary Public

My Commission Expires: **March 27, 2007**