**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | 2:05-cv-000793-F |
| ) | |
| EXHIBIT TRANSPORT, INC.; ) | |
| KEN KEITH TRUCKING, INC.; ) | |
| EXHIBIT TRANSFER & STORAGE, ) | |
| INC.; ALVA EUGENE SYPOLT; ) | |
| KENNETH W. KEITH; MELONIE ) | |
| KEITH; and TRAVEL CENTERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT, TRAVEL CENTERS OF AMERICA'S
MOTION TO RECONSIDER**

**COMES NOW** the defendant, **Travel Centers of America ("TCA"),** and asks this Honorable Court to reconsider its Order granting plaintiff's Motion to Compel. As grounds, defendant pleads as follows:

1. Prior to the filing of the Motion to Compel, plaintiff's counsel and defense counsel had been exploring the possibility of settlement before engaging in discovery. Therefore, it was mutually agreed that TCA's discovery responses would not be due. See Affidavit of counsel, attached as Exhibit A.

2. Counsel for defendant had several telephone conversations with plaintiff's counsel regarding the fact that TCA was unable to locate any documents tying the truck and trailer in question to its facility in Commerce City, Colorado (which is the basis of plaintiff's complaint against TCA). Rather than file blanket denials, the two attorneys discussed how the

documents already in plaintiff's possession would potentially enable TCA to locate responsive documents. At all times during these conversations, plaintiff's counsel agreed to provide the documents that would help TCA respond to the outstanding discovery, and that TCA's discovery responses would not be due until after plaintiff provided the helpful documents.

In fact, the day *before* the Motion to Compel was filed, defense counsel emailed the plaintiff's counsel stating, "As we discussed, we are having difficulty locating the exact records you have requested and your information would greatly speed up the process."  (Exhibit B) Rather than supply the documents as had been previously agreed, plaintiff's counsel filed a Motion to Compel which this Court granted in two days.

3.  TCA requests this Court reconsider its ruling and allow defendant three days to file a response to plaintiff's Motion to Compel, pursuant to Federal Rule of Civil Procedure 4(d) that allows a minimum of five days to respond to a motion. (Plaintiff's motion was filed on September 19, 2006 and this Court granted it on September 21, 2006).

4.  Neither party will be prejudiced by allowing TCA to respond to the Motion to Compel.

**WHEREFORE, PREMISES CONSIDERED,** defendant, TCA, asks this Honorable Court to reconsider its Order granting plaintiff's Motion to Compel.

    Respectfully submitted,

    s/ Kile T. Turner
    Kile T. Turner
    Bar Number:  ASB-8182-U83K
    Attorney for Plaintiff
    Norman, Wood, Kendrick & Turner
    Financial Center – Suite 1600
    505 20th Street North
    Birmingham, Alabama  35203
    Phone: (205) 328-6643

             Fax:  (205) 251-5479
             Direct Dial:  (205) 259-1033
             Email:  kturner@nwkt.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 26th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: janderson@beersanderson.com, jody@beersanderson.com, jboone@flb-law.com, mlittle@flb-law.com, jendrix@ldtglaw.com, dee@ldtglaw.com, tlo@carrallison.com, lnr@carrallison.com, ltieman@ldtglaw.com, czulanas@friedmanleak.com, mlittle@friedmanleak.com, and stacy@friedmanleak.com.

             s/ Kile T. Turner
             Norman, Wood, Kendrick & Turner
             Financial Center – Suite 1600
             505 20th Street North
             Birmingham, AL  35203
             Phone:  (205) 328-6643
             Fax:  (205) 251-5479
             Direct Dial:  (205) 259-1033
             Email:  kturner@nwkt.com