IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION CASE NUMBER: |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) **2:05-cv-000793-F** |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, INC.; ) | |
| ALVA EUGENE SYPOLT; KEN KEITH; ) | |
| MELONIE KEITH and TRAVEL CENTERS) | |
| OF AMERICA, | ) |
| | ) |
| Defendants | ) |

## PLAINTIFF'S OPPOSITION TO TRAVEL CENTERS OF AMERICA'S MOTION TO RECONSIDER

COMES NOW the Plaintiff in the above-styled action, **Alice Shewmake,** by and

through her undersigned counsel and in opposition to Defendant Travel Centers of America's

Motion to Reconsider, sets forth and says as follows:

1.    As the Court is well aware through plaintiff's previous Motions to Compel,

Defendant Travel Centers of America has not responded to either Plaintiff's Interrogatories

or Request for Production of Documents, both sets of which were propounded on May 30,

2006.

2.    In order to appropriately pursue her claims against Defendant Travel Centers of

America and to comply with the Court's previously-entered Scheduling Order discovery

deadlines, Plaintiff, by and through her counsel, made efforts to obtain Defendant Travel

Centers of America's discovery responses without court involvement. (Copies of all

correspondence exchanged are attached collectively as Exhibit "1"). Defendant Travel Centers of America now claims it could not respond to plaintiff's discovery because plaintiff did not provide it with documents. However, plaintiff made all of her documents available for copying and inspection to Defendant Travel Centers of America for many months, but they were not inspected. Finally, Defendant Travel Centers of America did not request any of the documents it now claims it needed to review before making discovery responses until very recently.

3.    Plaintiff believes Defendant Travel Centers of America's counsel has been making efforts to provide the discovery responses and has been making efforts to get his client to respond to plaintiff's settlement demand. However, plaintiff has received neither and will be prejudiced in her pursuit of her claims against Defendant Travel Centers of America if she is not provided the discovery responses by the deadline given by the Court and its Order on her Motion to Compel.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court deny Defendant Travel Centers of America's Motion to Reconsider its Order granting Plaintiff's Motion to Compel.

Respectfully submitted,


/s/ Chris Zulanas
Christopher J. Zulanas
Email: czulanas@friedmanleak.com
Attorney for Plaintiff
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on counsel of record this the 28th day of September, 2006.

/s/ Chris Zulanas
OF COUNSEL

cc:
Mr. Jack Dale Hendrix
Mr. Lee C. Tieman
*Liles, Davison*
1018 West Saint Maartens Drive, Suite 200
St. Joseph, MO 64506

Mr. Thomas L. Oliver, II
Mr. Lea Richmond
*Carr, Allison*
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Mr. James H. Anderson
*Beers, Anderson*
Post Office Box 1988
Montgomery, AL 36102

Mr. Kile T. Turner
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

# Exhibit 1

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

July 5, 2006

Mr. Kile T. Turner
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

       RE:   Alice Shewmake v. Ken Keith Trucking, et al.
             Date of Loss:       07/22/2005
             Our File Number:   462-3996

Dear Kile:

We propounded a set of Interrogatories and Request for Production of Documents to your client back in May. To date, we have not received your client's responses to said discovery. Please send responses to our discovery within seven days from the date you receive this letter to prevent us from filing a Motion to Compel.

Also, please provide us with some dates in the near future you are available to take the deposition of your client's corporate representative. Thank you for your attention to this matter. I look forward to hearing from you soon.

                     Sincerely,

                     FRIEDMAN LEAK

                     Christopher J. Zulanas

CJZ/sa

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALICE SHEWMAKE,                            )
                                           )
        Plaintiff,                         )
                                           )
v.                                         )     CIVIL ACTION CASE NUMBER:
                                           )
EXHIBIT TRANSPORT, INC.;                   )     2:05-cv-000793-F
KEN KEITH TRUCKING, INC.;                  )
EXHIBIT TRANSFER & STORAGE, INC.;          )
ALVA EUGENE SYPOLT; KEN KEITH;             )
MELONIE KEITH and TRAVEL CENTERS           )
OF AMERICA,                                )
                                           )
        Defendants                         )

## PLAINTIFF'S INTERROGATORIES AND
## REQUEST FOR PRODUCTION OF DOCUMENTS TO
## DEFENDANT TRAVEL CENTERS OF AMERICA

COMES NOW Plaintiff Alice Shewmake in the above-styled action and request that Defendant, Travel Centers of America, answer and/or respond to the following discovery requests within the time required by the Federal Rules of Civil Procedure. In addition, the Plaintiff requests that Defendant attach a copy of each and every document referred to in any of the discovery requests on in Defendant's responses thereto.

These discovery requests shall be deemed continuing so as to require supplemental answers upon receipt of additional information by each Defendant or each Defendant's attorney subsequent to each Defendant's original response. Any sch supplemental answers are to be filed and served upon counsel for Plaintiff within thirty (30) days from receipt of such additional information but not later than the first of the trial of this case.

1.    State the name, address, title and duties of the person answering these interrogatories and the place where these interrogatories are answered.

2.    State the name, address and job title of each person who was contacted in answering these interrogatories or who provided information relevant to the answering of the interrogatories and the proper designation of each book, document or record which was searched in answering the interrogatories.

3.    State this defendant's name correctly and/or the correct way this defendant should be designated as a party defendant in an action at law (at the time of the occurrence made the basis of this suit and at the time these interrogatories were answered).

4.    State the general corporate history of this defendant.

5.    State the name and principal address of each insurer, of any type whatsoever, which insured this defendant against risks or losses claimed in this lawsuit.

6.    State the name and address of each person from whom a statement has been obtained by this defendant or on behalf of this defendant.

7.    List any and all standard operating procedures, if any, pertaining to the maintenance, inspection, and/or repair of the brakes on tractors and trailers.

8.    Describe any and all repairs, changes or modifications to the tractor and trailer involved in the accident made the basis of this lawsuit. Please attach all documentation pertaining to said repairs, changes and/or modifications, and should include but not be limited to work orders and invoices.

9.    Give the name of each individual who would have any knowledge concerning the maintenance, inspection, and repair of the tractor and trailer involved in the occurrence made the basis of this suit.

2

10.    List the name and address of the person responsible for the inspection and/or repair of the tractor and trailer involved in the occurrence made the basis of this suit. Please attach all documentation pertaining to said inspections, repairs, changes and/or modifications, and should include but not be limited to work orders and invoices.

11.    List the style, civil action number and location of any lawsuits ever filed against this defendant claiming injury, damage or death due to any problems regarding this defendant failure to maintain, inspect and/or repair.

12.    State the name and address of any and all agents, employees, or representatives (including experts) of this defendant who have viewed and/or inspected the scene of the accident made the basis of this lawsuit or the tractor and trailer.

13.    State the name and address of any person or entity other than the named defendant in this suit who had any connection with or relationship with or caused in any way the occurrence made the basis of plaintiff's complaint.

14.    State the full name and address of every witness known to you, or to your attorney, who has any knowledge regarding the facts and circumstances surrounding the happening of the incident referred to in the complaint including, but not limited to, eyewitnesses to such event.

15.    Do you contend or have any knowledge whatsoever that anyone other than the named defendants in this cause had any connection with or relationship to the occurrence made the basis of plaintiff's complaint? If so, please state in detail the facts upon which you base this connection and the name and address of each such person or entity.

3

16.    Produce any and all contracts between this defendant and any other named defendant and all modifications thereto.

17.    Please produce a list of all employees who worked on the tractor and trailer involved in the occurrence made the basis of this lawsuit from January 1, 2000 until the date of the accident, July 22, 2005.

18.    Please produce any and all work orders or other written orders for the tractor and trailer involved in the occurrence made the basis of this lawsuit from January 1, 2000 until the date of the accident, July 22, 2005.

19.    Please produce the personnel file of each employee who inspected and/or repaired the tractor and trailer involved in the occurrence made the basis of this lawsuit from January 1, 2000 until the date of the accident, July 22, 2005.

20.    List each and every defense known to you at this time that you presently intend to assert.

21.    State the full name and address of each witness that you expect to call at the trial of this case.

22.    State the name and address of each expert witness that you expect to call at the trial of this case and state the subject matter on which said experts are expected to testify.

23.    State the substance of the facts, opinions and conclusions to which each and every expert is expected to testify in this case.

24.    Please produce copies of any photographs or motion pictures of the persons, places, or things involved in the occurrence made the basis of this lawsuit, including the scene of said occurrence and the tractor and trailer involved in said occurrence.

4

25.   Please produce a copy of each and every investigative document and/or report made by or for this defendant or in this defendant's possession, pertaining to or addressing in any way the occurrence made the basis of this lawsuit.

26.   Please produce a copy of any and all maintenance records, repair records, modification records, or documents of any type pertaining to, growing out of or involving in any way repairs, modifications or maintenance carried out on the tractor or trailer involved in the occurrence made the basis of this suit at any time, whether prior to or subsequent to the occurrence made the basis of this suit.

27.   If you have declined or failed to produce any requested document, in whole or in part, under a claim of privilege or immunity from prosecution, for each document, please:

(a) Identify the document or communication;

(b) Identify each person to whom any part of the contents of the document or communication has been communicated; and,

(c) State the factual basis for your claim of privilege or immunity.

Respectfully submitted,

Christopher J. Zulanas
Jess S. Boone
Attorneys for Plaintiff

**Of Counsel:**
Friedman, Leak, Dazzio, Zulanas & Bowling, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

5

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be mailed to all parties/counsel of record, via United States Mail, on this the __3ᴏᴿᴹ__ day of __Mᴀʏ__, 2006.

_____
OF COUNSEL

cc:
Mr. Jack Dale Hendrix
Mr. Lee C. Tieman
*Liles, Davison*
1018 West Saint Maartens Drive
Suite 200
St. Joseph, MO 64506

Mr. Thomas L. Oliver, II
Mr. Lea Richmond
*Carr, Allison*
100 Vestavia Parkway
Suite 200
Birmingham, AL 35216

Mr. James H. Anderson
*Beers, Anderson*
Post Office Box 1988
Montgomery, AL 36102

Mr. Kile T. Turner
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

462-3996

6

**NORMAN, WOOD, KENDRICK & TURNER**
ATTORNEYS AT LAW
FINANCIAL CENTER - SUITE 1600
505 TWENTIETH STREET NORTH
BIRMINGHAM, ALABAMA 35203

AUG 1 5 2006

WILLIAM C. WOOD
THOMAS A. KENDRICK
KILE T. TURNER
MARK P. WILLIAMS
CELESTE P. HOLPP

TELEPHONE (205) 328-6643
DIRECT DIAL (205) 259-1033
FACSIMILE (205) 251-5479
EMAIL: kturner@nwkt.com
WEBSITE: www.nwkt.com

August 14, 2006

MATTHEW W. ROBINETT
JAMES L. PATTILLO
HOLLY S. BELL

ROBERT D. NORMAN
1924 - 2005

Christopher John Zulanas, Esq.
Freidman Leak Dazzio Zulanas & Bowling PC
3800 Colonnade Parkway, Suite 650
P.O. Box 43219
Birmingham, Alabama 35243-3219

**Re:**   *Alice Shewmake v. TravelCenters of America, et al.*
      *Our File No.: 5882*

Dear Chris:

It was my understanding that I was going to get a demand package from you and we were going to try to resolve this case without going through discovery. This may have been a misunderstanding on my part. I will get responses to you in the next three weeks.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Kile T. Turner

KTT/baw

COMMUNICATION RESULT REPORT ( SEP.18. 2006  8:49AM ) * * *

FAX HEADER 1:    FRIEDMANLEAK
FAX HEADER 2:

TRANSMITTED/STORED : SEP. 18. 2006  8:48AM
FILE MODE        OPTION                    ADDRESS                                    RESULT    PAGE
-------------------------------------------------------------------------------------------------
0439 MEMORY TX                             G3   :        2052515479                  OK        6/6

-------------------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL                           E-2) BUSY
E-3) NO ANSWER                                      E-4) NO FACSIMILE CONNECTION
E-5) MAIL SIZE OVER

# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
P 205-278-7000  F 205-278-7001
www.FRIEDMANLEAK.COM

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

September 14, 2006

Mr. Kile T. Turner                          *Via Fax: 251-5479*
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

     RE:    Alice Shewmake v. Ken Keith Trucking, et al.
          Date of Loss:    07/22/2005
          Our File Number:   462-3996

Dear Kile:

    I haven't heard anything from you about your client's discovery responses or a response to my settlement demand. Since our discovery deadline is approaching, I have no choice but to file the enclosed Motion to Compel the responses. Also, I need to get several dates from you when your client's corporate representative can be available for deposition in Birmingham during the month of October. Please provide those dates to me so that we can coordinate our schedules.

    In the meantime, if your client wants to make a settlement offer, please let me know.

                Sincerely,

                FRIEDMAN LEAK

                Christopher J. Zulanas

CJZ/sa
Enclosure

# FRIEDMAN LEAK

ATTORNEYS & COUNSELORS AT LAW

FRIEDMAN, LEAK, DAZZIO, ZULANAS & BOWLING, P.C.
3800 COLONNADE PARKWAY, SUITE 650
MAILING ADDRESS: P.O. BOX 43219
BIRMINGHAM, ALABAMA 35243-3219
℗ 205-278-7000 F 205-278-7001
WWW.FRIEDMANLEAK.COM

CHRIS ZULANAS
czulanas@friedmanleak.com
DIRECT DIAL NUMBER:
(205) 278-7050

September 14, 2006

Mr. Kile T. Turner            *Via Fax: 251-5479*
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

RE:    Alice Shewmake v. Ken Keith Trucking, et al.
       Date of Loss:            07/22/2005
       Our File Number:         462-3996

Dear Kile:

I haven't heard anything from you about your client's discovery responses or a response to my settlement demand. Since our discovery deadline is approaching, I have no choice but to file the enclosed Motion to Compel the responses. Also, I need to get several dates from you when your client's corporate representative can be available for deposition in Birmingham during the month of October. Please provide those dates to me so that we can coordinate our schedules.

In the meantime, if your client wants to make a settlement offer, please let me know.

Sincerely,

FRIEDMAN LEAK

Christopher J. Zulanas

CJZ/sa
Enclosure

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION CASE NUMBER: |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) 2:05-cv-000793-F · |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) |
| ALVA EUGENE SYPOLT; KEN KEITH; | ) |
| MELONIE KEITH and TRAVEL CENTERS | ) |
| OF AMERICA, | ) |
| | ) |
| Defendants | ) |

## MOTION TO COMPEL

COMES NOW the Plaintiff in the above-styled matter, **Alice Shewmake**, and moves this Honorable Court to compel Defendant Travel Centers of America to respond to Interrogatories and Request for Production of Documents propounded by Plaintiff Alice Shewmake. As grounds for this motion, Plaintiff sets forth and says as follows:

1.     Plaintiff's Interrogatories and Request for Production of Documents were propounded to Defendant Travel Centers of America to-wit: May 30, 2006.

2.     Counsel for Plaintiff has made efforts to resolve this matter by letter, telephone call and in person, without the necessity of court involvement.  (See affidavit attached as Exhibit "A").

3.     To date, Defendant Travel Centers of America has failed and/or refused to respond to said discovery.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this

Honorable Court enter an Order requiring Defendant Travel Centers of America to respond to

said discovery within ten days.

_____
Christopher J. Zulanas - ZUL001
Attorney for Plaintiff Alice Shewmake

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000

## CERTIFICATE OF SERVICE

I hereby certify I have *electronically filed* a copy of the foregoing pleading and served
a copy to all counsel of record listed below this **16th** day of **September**,
2006.

_____
OF COUNSEL

cc:
Jack Hendrix (jhendrix@ldtglaw.com)
Lee Tieman (ltieman@ldtglaw.com)
Thomas L. Oliver (tlo@carrallison.com)
Lea Richmond (lnr@carrallison.com)
James Anderson (janderson@beersanderson.com)
Kile T. Turner (kturner@nwkt.com)

# Exhibit "A"

Affidavit of Chris Zulanas

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| EXHIBIT TRANSPORT, INC.; | ) | **2:05-cv-000793-F** |
| KEN KEITH TRUCKING, INC.; | ) | |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) | |
| ALVA EUGENE SYPOLT; KEN KEITH; | ) | |
| MELONIE KEITH and TRAVEL CENTERS | ) | |
| OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT OF CHRISTOPHER J. ZULANAS

1.    I am over the age of nineteen (19) years and have personal knowledge of the facts stated herein.

2.    As counsel for Plaintiff, Alice Shewmake, I have conferred with counsel for Defendant Travel Centers on America on several occasions in an effort to have Travel Centers of America voluntarily respond to Interrogatories and Request for Production of Documents propounded on May 30, 2006. I have made those attempts both before and after the Court's August 10, 2006 Order on a previous Motion to Compel. However, despite my efforts to obtain Travel Centers of America's voluntary compliance, Travel Centers of America has not provided any responses as of the date of this affidavit.

3.     As good faith efforts to resolve this discovery issue have failed, on behalf of the Plaintiff,

I am seeking an Order from the Court compelling Travel Centers of America to respond to the

Interrogatories and Request for Production of Documents, without objections, immediately so that

Plaintiff is not prejudiced in pursuing discovery and prosecuting her case in accordance with the Court's

Scheduling Order.

Further affiant sayeth not.

_____

Christopher J. Zulanas

STATE OF ALABAMA     )

COUNTY OF JEFFERSON  )

I, **Stacy R. Aycock,** a Notary Public in and for said County and State, hereby certify that

**Christopher J. Zulanas** whose name is signed to the foregoing document and who is known to me,

acknowledged before me this day, that being informed of the contents thereof, voluntarily executed the

same on the day of its date.

Given under my hand and seal this _____ day of _____, 2006.

_____

Notary Public

My Commission Expires: **March 27, 2007**

3996

## Chris Zulanas

**From:** Chris Zulanas
**Sent:** Monday, September 25, 2006 8:46 AM
**To:** Kile Turner
**Subject:** RE: Shewmake v. TCA

Kile,

Did your office pick these up on Friday?

**From:** Kile Turner [mailto:kturner@nwkt.com]
**Sent:** Thursday, September 21, 2006 5:10 PM
**To:** Chris Zulanas
**Subject:** RE: Shewmake v. TCA

Chris,

I talked to your secretary today and she said that you were out of town until Monday, but that there were no documents for me to pick up. As we have previously discussed, my client has done a five month search and can find no documents related to the alleged service at the Denver East facility. Therefore, it is imperative that I get those tomorrow.

Thanks,

Kile T. Turner
Norman, Wood, Kendrick & Turner
505 20th Street North, suite 1600
Birmingham, Alabama 35203
(205)-259-1033 (direct)
(205)-251-5479 (fax)

**From:** Chris Zulanas [mailto:CZulanas@friedmanleak.com]
**Sent:** Monday, September 18, 2006 5:35 PM
**To:** Kile Turner
**Subject:** RE: Shewmake v. TCA

Kile,

They're on their way. I will send the documents produced by Keith Trucking and whatever medicals you would like out of my file. Just let me know.

I understand the difficulty you're having gathering documents, but I'm going to have to file a motion to compel. We're running out of time and I need your responses.

Chris

**From:** Kile Turner [mailto:kturner@nwkt.com]
**Sent:** Monday, September 18, 2006 1:40 PM
**To:** Chris Zulanas
**Subject:** Shewmake v. TCA

Chris,

Please copy your documents that you have in this case. As we discussed, we are having difficulty in locating the exact records you have requested, and your information would greatly speed up the process. In addition, I believe I am entitled to these documents under Rule 26.

Kile T. Turner
Norman, Wood, Kendrick & Turner
505 20th Street North, suite 1600
Birmingham, Alabama 35203
(205)-259-1033 (direct)
(205)-251-5479 (fax)

9/25/2006