IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CIVIL ACTION CASE NUMBER: |
| ) | 2:05-cv-000793-F |
| ) | |
| EXHIBIT TRANSPORT, INC.; ) | |
| KEN KEITH TRUCKING, INC.; ) | |
| EXHIBIT TRANSFER & STORAGE, ) | |
| INC.; ALVA EUGENE SYPOLT; ) | |
| KENNETH W. KEITH; MELONIE ) | |
| KEITH; and TRAVEL CENTERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE RESPONSE**

**COMES NOW** the defendant, **Travel Centers of America ("TCA")**, and asks this Honorable Court for leave to file a response to plaintiff's Motion to Compel Response Brief. As grounds, defendant pleads as follows:

1. Plaintiff's Response arises from a discovery dispute that includes both correspondence and **conversations** between counsel for plaintiff and defendant, TCA.

2. If allowed to respond, defendant can show that the delay in responding to discovery was not made in bad faith, but rather as a result of several undocumented conversations between plaintiff and defense counsel.

3. If granted leave to respond, defendant can show that the alleged dispute arose because plaintiff alleges that a certain tractor trailer was serviced at a particular TCA facility, which TCA adamantly denies. However, counsel for plaintiff made representations regarding documents that indicated to the contrary.

4.  If defendant is granted leave to respond, this counsel can show that as a result of plaintiff's counsel's representations, an agreement was reached between the two attorneys that the alleged documents could be used by TCA to determine if their search results were incorrect.

5.  If defendant is allowed to respond, TCA can show that it has researched plaintiff's discovery request and responded to the best of its ability.

6.  Given the serious nature of the allegations against TCA, neither side is prejudiced by this Honorable Court allowing TCA to respond.

**WHEREFORE, PREMISES CONSIDERED**, defendant, TCA, asks this Honorable Court for a leave to respond to plaintiff's Motion to Compel Response Brief to show that there was no bad faith delay in responding to discovery.

Respectfully submitted,

s/ Kile T. Turner
Kile T. Turner
Bar Number:  ASB-8182-U83K
Attorney for Plaintiff
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, Alabama  35203
Phone: (205) 328-6643
Fax:  (205) 251-5479
Direct Dial:  (205) 259-1033
Email:  kturner@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  janderson@beersanderson.com, jody@beersanderson.com, jboone@flb-law.com, mlittle@flb-law.com, jendrix@ldtglaw.com, dee@ldtglaw.com, tlo@carrallison.com, lnr@carrallison.com, ltieman@ldtglaw.com, czulanas@friedmanleak.com, mlittle@friedmanleak.com, and stacy@friedmanleak.com.

s/ Kile T. Turner
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, AL  35203
Phone:  (205) 328-6643
Fax:  (205) 251-5479
Direct Dial:  (205) 259-1033
Email:  kturner@nwkt.com
