IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05CV793-MEF |
| | ) [WO] |
| EXHIBIT TRANSPORT, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Motion for Leave to File Response, filed on 29 September 2006 (Doc. # 36), is GRANTED.

DONE this 2nd day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE