**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | 2:05-cv-000793-F |
| ) | |
| EXHIBIT TRANSPORT, INC.; ) | |
| KEN KEITH TRUCKING, INC.; ) | |
| EXHIBIT TRANSFER & STORAGE, ) | |
| INC.; ALVA EUGENE SYPOLT; ) | |
| KENNETH W. KEITH; MELONIE ) | |
| KEITH; and TRAVEL CENTERS OF ) | |
| AMERICA, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S RESPONSE TO THE COURT'S SHOW CAUSE ORDER
OF SEPTEMBER 21, 2006**

**COMES NOW** the defendant, **Travel Centers of America ("TCA")**, and pursuant to this Court's Show Cause Order of September 21, 2006, states as follows why sanctions should not be entered:

1. Upon the filing and subsequent denial of plaintiff's first Motion to Compel, plaintiff's counsel contacted defense counsel and it was decided that discovery responses would not be due until settlement was fully explored. See Affidavit of Kile T. Turner, attached as Exhibit A.

2. At that time, defendant's counsel proposed to provide responses in the next three weeks and plaintiff's counsel was in agreement.

3. During the pendency of the next three weeks, TCA determined that it could not locate responsive documents due to the unusual nature of plaintiff's claim – that it was negligent

for work it did not perform. Simply put, TCA did not have a paper trail for work that was never done. This was discussed again over the phone between plaintiff and defense counsel, and plaintiff's counsel advised that he had in his possession a work order from TCA. Defense counsel asked that the documents be made available and that discovery responses would be provided after defense counsel had time to review the document, and discuss it with his client.

4. On September 14, 2006 defense counsel called plaintiff's counsel regarding settlement and discovery. Defense counsel left a voice mail regarding both these issues.

5. Due to scheduling difficulties, including a death in the family, defense counsel could not go to plaintiff's counsel's office to review the documents which would assist with fully complying with discovery. Therefore, on September 18, 2006, defense counsel asked that the documents be sent to his office. See Exhibit B attached.

6. Plaintiff's counsel responded with an email at 5:35 p.m. that a Motion to Compel would be filed.

7. Plaintiff filed a Motion to Compel on September 19, 2006 which was granted by this Court on September 21, 2006.

8. The documents necessary to assist with fully complying with discovery were delivered to defense counsel's office on Friday, September 22, 2006 at 4:45 p.m.

9. Discovery responses were completed on September 26, 2006.

10. Plaintiff's counsel has conveyed to defense counsel that there has not been bad faith, but that he just "needed to protect his client" under the Scheduling Order. In fact, plaintiff's counsel is correct in that TCA has not engaged in bad faith and has not attempted to abuse the discovery process.

Finally, even though this Court may not recognize agreements between counsel outside of the Scheduling Order, it should acknowledge that such agreements are not made in bad faith and therefore should not be punished.

**WHEREFORE, PREMISES CONSIDERED,** because the delay in discovery responses was due to a misunderstanding between counsel, and TCA did not engage in any bad faith or abusive practices, TCA asks this Honorable Court not to award sanctions.

    Respectfully submitted,

    s/ Kile T. Turner
    Kile T. Turner
    Bar Number:  ASB-8182-U83K
    Attorney for Defendant
    Norman, Wood, Kendrick & Turner
    Financial Center – Suite 1600
    505 20th Street North
    Birmingham, Alabama  35203
    Phone: (205) 328-6643
    Fax:  (205) 251-5479
    Direct Dial:  (205) 259-1033
    Email:  kturner@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:   janderson@beersanderson.com, jody@beersanderson.com, jboone@flb-law.com, mlittle@flb-law.com, jendrix@ldtglaw.com, dee@ldtglaw.com, tlo@carrallison.com, lnr@carrallison.com, ltieman@ldtglaw.com, czulanas@friedmanleak.com, mlittle@friedmanleak.com, and stacy@friedmanleak.com.

    s/ Kile T. Turner
    Norman, Wood, Kendrick & Turner
    Financial Center – Suite 1600
    505 20th Street North
    Birmingham, AL  35203
    Phone:  (205) 328-6643
    Fax:  (205) 251-5479
    Direct Dial:  (205) 259-1033
    Email:  kturner@nwkt.com