# "EXHIBIT B"

## Kile Turner

**From:** Kile Turner
**Sent:** Monday, September 18, 2006 1:40 PM
**To:** 'czulanas@friedmanleak.com'
**Subject:** Shewmake v. TCA

Chris,

Please copy your documents that you have in this case. As we discussed, we are having difficulty in locating the exact records you have requested, and your information would greatly speed up the process. In addition, I believe I am entitled to these documents under Rule 26.

Kile T. Turner
Norman, Wood, Kendrick & Turner
505 20th Street North, suite 1600
Birmingham, Alabama 35203
(205)-259-1033 (direct)
(205)-251-5479 (fax)

10/1/2006