IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| EXHIBIT TRANSPORT, INC.; ) | **2:05-cv-000793-F** |
| KEN KEITH TRUCKING, INC.; ) | |
| EXHIBIT TRANSFER & STORAGE, INC.; ) | |
| ALVA EUGENE SYPOLT; KEN KEITH; ) | |
| MELONIE KEITH and TRAVEL CENTERS ) | |
| OF AMERICA, ) | |
| ) | |
| Defendants ) | |

**PLAINTIFF'S NOTICE OF COMPLIANCE**

COMES NOW the Plaintiff in the above-styled action, **Alice Shewmake**, and notifies the Court that Defendant Travel Centers of America complied with its Order of September 21, 2006.

/s/ Chris Zulanas
Christopher J. Zulanas
Attorney for Plaintiff – Alice Shewmake

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000 Telephone
(205) 278-7001 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record on this the 3rd day of October 2006.

/s/ Chris Zulanas
OF COUNSEL

cc:
Mr. Jack Dale Hendrix
Mr. Lee C. Tieman
1018 West Saint Maartens Drive, Suite 200
St. Joseph, MO 64506

Mr. Thomas L. Oliver, II
Mr. Lea Richmond
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Mr. James H. Anderson
Post Office Box 1988
Montgomery, AL 36102

Mr. Kile T. Turner
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203