IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION CASE NUMBER: |
| | ) |
| EXHIBIT TRANSPORT, INC.; | ) **2:05-cv-000793-F** |
| KEN KEITH TRUCKING, INC.; | ) |
| EXHIBIT TRANSFER & STORAGE, INC.; | ) |
| ALVA EUGENE SYPOLT; KEN KEITH; | ) |
| MELONIE KEITH and TRAVELCENTERS | ) |
| OF AMERICA, | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the Plaintiff in the above-styled action, **Alice Shewmake**, and moves this Honorable Court to allow her leave to amend her complaint to correctly name as a Defendant TA Operating Corp. d/b/a TravelCenters of America. As grounds for this motion, this Plaintiff sets forth and says as follows:

1. Plaintiff previously amended her complaint to name TravelCenters of America as a defendant. In Interrogatory answers recently received from that Defendant, it identified its correct name as TA Operating Corp. d/b/a TravelCenters of America.

2. TravelCenters of America previously retained counsel, answered the complaint and has been defending this litigation. Consequently, allowing the Plaintiff to properly name that entity as it has disclosed itself in discovery responses will not prejudice that Defendant or any other party and will allow the plaintiff the opportunity to properly name the defendant in her lawsuit. Plaintiff's proposed Second Amended Complaint is attached hereto as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that this Honorable Court allow her leave to amend her complaint to properly name Defendant TA Operating Corp. d/b/a TravelCenters of America as a Defendant.

        /s/ Chris Zulanas
        Christopher J. Zulanas
        Attorney for Plaintiff – Alice Shewmake

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000 Telephone
(205) 278-7001 Facsimile

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record on this the 3rd day of October 2006.

        /s/ Chris Zulanas
        OF COUNSEL

cc:

Mr. Jack Dale Hendrix
Mr. Lee C. Tieman
1018 West Saint Maartens Dr.
Suite 200
St. Joseph, MO 64506

Mr. Kile T. Turner
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

Mr. Thomas L. Oliver, II
Mr. Lea Richmond
100 Vestavia Parkway, Suite 200
Birmingham, AL 35216

Mr. James H. Anderson
Post Office Box 1988
Montgomery, AL 36102