# "EXHIBIT 2"

TRL
003

# TravelCenters of America

VISIT US AT WWW.TACARES.COM
USE CODE 828148!!!

5101 QUEBEC ST
EXIT 278 OFF OF I70
COMMERCE CITY, CO 80022
(303) 286-0123

Page 1

| Company Name | Driver's Name | ID | License | #148 90158 |
|---|---|---|---|---|
| KEN KEITH | JOSEPH TRIPI | | | |

| Pymt Type | Card # | | PO # | Authorized by |
|---|---|---|---|---|
| CSH | | 101.00 | | |

| Tax Exempt # | Written by | Work Performed by |
|---|---|---|
| | bhk  bhk | jdk |

| City | State | Zip | Written | Begun | Completed | Paid |
|---|---|---|---|---|---|---|
| ST JOSEPH | MO | | 04/23/05 19:44 | 04/23/05 20:00 | 04/23/05 21:00 | 04/23/05 21:08 |

| Tractor # | Year | Make/Model | License # | Odometer | VIN # | Engine Make/Model |
|---|---|---|---|---|---|---|
| 007 | 95 | KW T600 | 44097 MO | 1020000 | 672451 | DET |

| Trailer # | Year | Make/Model | License # | Hubodometer | AUTH#: |
|---|---|---|---|---|---|
| 003T | 00 | | | 0 | |

Work Requested: TRAILER - MARKER LIGHT INOP

| SERVICE | PLU # | PART NUMBER | DESCRIPTION | UOM | REG. PRICE | PRICE | QTY | EXTENDED AMOUNT |
|---|---|---|---|---|---|---|---|---|
| SL | 365 028 | 83916 | 16-14 NYLON FEMAL RECEPT | EA | 0.19 | 0.19 | 6.00 | 1.14 |
| SL | 456 068 | TL 26302Y3 | TL 26302Y LAMP | EA | 6.99 | 6.99 | 1.00 | 6.99 |
| SL | 456 067 | TL 26302R3 | TL 26302R LAMP | EA | 6.99 | 6.99 | 1.00 | 6.99 |
| SL | 448 074 | WEE 1891 | GE 1891 BULB | EA | 2.29 | 2.29 | 1.00 | 2.29 |
| SL | 997 002 | | SHOP SUPPLY/MATERIALS CHARGE | EA | 1.72 | 1.72 | 1.00 | 1.72 |
| SL | 998 004 | | MECHANICAL HOURLY LABOR | HR | 77.00 | 77.00 | 1.00 | 77.00 |

Parts: 17.41    New Tires: 0.00    Total: 99.13    Non-taxable: 77.00    ENV/WST Tax: 0.00
Labor: 81.72    Used Tires: 0.00    Discount: 0.00    Taxable: 22.13    TOTAL ▶ $ 100.97
                Tradein: 0.00    Net: 99.13    Tax: 1.84

Technician Comments: REPAIRED OR REPLACED LIGHTS AND LIGHT ASSM. AS  REQUIRED AND FIXED WIRE CONNECTIONS USED 5 BUTT
CONECTS, 1 LIGHT BULB, AND 2 WHOLE LIGHT ASSM.    THANKS..............JDK........................

Remarks: jdk    0.00    0.00    1.00    77.00    77.00

Shewmake v. Ken Keith
0356

CASH ADVANCE: 0.00
CHANGE RETURNED: 0.03