# "EXHIBIT 4"

# REPAIR ORDER

COMPANY NAME: _____
DDRESS: _____

VEHICLE TYPE _____
REASON FOR REPAIR: ☐ BREAKDOWN  ☐ DRIVERS REPORT  ☐ INSPECTION  ☐ P.M.
☐ OTHER (List Reason)

DATE: _____
VEHICLE NO. Trailer 3
METER READING: _____

INSTRUCTIONS: _____

OUTSIDE REPAIR ☐  YES (Attach Invoices)

**POWER UNITS**
- Acc.
- A/C — Cab - Inst.
- Chassis
- Drive Train
- Electrical
- Engine
- Accessories

**TRAILER** (Note: for common items such as brakes, lights etc. use power unit codes)
- Body
- Heating & Ref.
- Chassis
- Electrical

**ASSEMBLY CODES**

**WORK CODES**
- Adjust
- Clean
- Inspect
- Lubricate
- Modify
- Overhaul

R - Replace
T - Tire Repair
TR - Tire Replace
U - Road Call

PM"A" (1000 Miles)
PM"B" (5000 Miles)
PM"C" (50,000 Miles)
PM"D" (100,000 Miles)

| ASSBY. CODE | PART DESCRIPTION OR NUMBER | PRICE EACH | QTY | TOTAL COST | EMPLOYEE NAME OR NUMBER | ASSBY CODE | WORK CODE | TOTAL TIME | RECORD TIME HERE |
|---|---|---|---|---|---|---|---|---|---|
| | New Jack Crank | | 1 | | | | | | OUT / IN |
| | Brake Drums | | 4 | | | | | | OUT / IN |
| | Brake Shoes | | 8 | | | | | | OUT / IN |
| | Wheel Seals | | 2 | | | | | | OUT / IN |
| | Wheel Bearings | | 2 | | | | | | OUT / IN |
| | Greased | | | | | | | | OUT / IN |
| | Brake Spring sets | | 4 | | | | | | OUT / IN |
| | one Clearance light | | 1 | | | | | | OUT / IN |

TOTAL PARTS (Detailed at Left) = $ _____
TOTAL Labor Hrs. _____ @ $ _____ Hr. = $ _____
Total Outside Repairs (Attach Receipts) = $ _____

MECHANIC SIGNATURE: Dennis E Ground
STATE _____  # NUMBER _____

PARTS $ _____
LABOR $ _____
OUTSIDE REPAIRS $ _____

INSPECTED BY: _____

628-FS-C
Rev. 10/95

Case 2:05-cv-00793-MEF-WC  Document 125  Filed 10/04/2006  Page 2 of

Shewmake v. Ken Keith
0365



Shewmake v. Ken Keith
0366