# "EXHIBIT 5"



Shewmake v. Ken Keith
0105

