**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:05-cv-000793-F |
| | ) | |
| EXHIBIT TRANSPORT, INC.; | ) | |
| KEN KEITH TRUCKING, INC.; | ) | |
| EXHIBIT TRANSFER & STORAGE, | ) | |
| INC.; ALVA EUGENE SYPOLT; | ) | |
| KENNETH W. KEITH; MELONIE | ) | |
| KEITH; and TRAVEL CENTERS OF | ) | |
| AMERICA, | ) | |
| | ) | |
| Defendants. | ) | |

## OFFER OF JUDGMENT

**COMES NOW** the defendant, **Travel Centers of America ("TCA")**, pursuant to Federal Rule of Civil Procedure 60(a) and makes an offer in judgment to plaintiff in the amount of Fifteen Thousand Dollars ($15,000.00).

                                                  Respectfully submitted,

                                                  s/ Kile T. Turner
                                                  Kile T. Turner
                                                  Bar Number: ASB-8182-U83K
                                                  Attorney for Defendant
                                                  Norman, Wood, Kendrick & Turner
                                                  Financial Center – Suite 1600
                                                  505 20th Street North
                                                  Birmingham, Alabama 35203
                                                  Phone: (205) 328-6643
                                                  Fax: (205) 251-5479
                                                  Direct Dial: (205) 259-1033
                                                  Email: kturner@nwkt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: janderson@beersanderson.com, jody@beersanderson.com, jboone@flb-law.com, mlittle@flb-law.com, jendrix@ldtglaw.com, dee@ldtglaw.com, tlo@carrallison.com, lnr@carrallison.com, ltieman@ldtglaw.com, czulanas@friedmanleak.com, mlittle@friedmanleak.com, and stacy@friedmanleak.com.

    s/ Kile T. Turner
Norman, Wood, Kendrick & Turner
Financial Center – Suite 1600
505 20th Street North
Birmingham, AL 35203
Phone: (205) 328-6643
Fax: (205) 251-5479
Direct Dial: (205) 259-1033
Email: kturner@nwkt.com