IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-793-F |
| ) | |
| EXHIBIT TRANSPORT, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #42) filed on October 4, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on November 2, 2006.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before October 26, 2006. The defendant may file a reply brief on or before November 2, 2006.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 11th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE