IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION CASE NUMBER: |
| | ) | |
| EXHIBIT TRANSPORT, INC.; KEN KEITH | ) | 2:05-cv-000793-F |
| TRUCKING, INC.; EXHIBIT TRANSFER | ) | |
| & STORAGE, INC.; ALVA EUGENE | ) | |
| SYPOLT; KENNETH W. KEITH; MELONIE | ) | |
| KEITH; and TA OPERATING CORP. d/b/a | ) | |
| TRAVELCENTERS OF AMERICA, | ) | |
| | ) | |
| Defendants | ) | |

## PLAINTIFF'S NOTICE OF ACCEPTANCE
## OF OFFER OF JUDGMENT

COMES NOW Plaintiff Alice Shewmake and hereby accepts the Offer of Judgment of

Fifteen Thousand and NO/100 Dollars ($15,000.00) made by Defendant Travel Centers of

America.

Respectfully submitted,

_____
Christopher J. Zulanas (ASB-1572-u82c)
Attorney for Plaintiff Alice Shewmake

Of Counsel:
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel listed below on this the _16th_ day of _OCTOBER_ , 2006.

_____
OF COUNSEL

cc:
Jack Dale Hendrix – jhendrix@ldtglaw.com ; dee@ldtglaw.com
Lee C. Tieman – ltieman@ldtglaw.com ; dee@ldtglaw.com
James H. Anderson – janderson@beersanderson.com ; jody@beersanderson.com
Kile T. Turner – kturner@nwkt.com ; bwatkins@nwkt.com