IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXHIBIT TRANSPORT, INC.; )<br>KEN KEITH TRUCKING, INC.; )<br>EXHIBIT TRANSFER & STORAGE, )<br>INC.; and ALVA EUGENE SYPOLT, )<br>)<br>Defendants. ) | Civil Action No.: 2:05cv793-MEF |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST KEN KEITH TRUCKING, INC., AND ALVA EUGENE SYPOLT

COME NOW the parties in the above-styled cause, Plaintiff Alice Shewmake and Defendants Ken Keith Trucking, Inc., and Alva Eugene Sypolt, by and through their respective counsel, and hereby show unto the Court that said parties have reached an amicable settlement of this controversy and that the Plaintiff's claims against Alva Eugene Sypolt and Ken Keith Trucking, Inc., should be dismissed, with prejudice, costs taxed as paid.

_____
Christopher J. Zulanas
FRIEDMAN, LEAK, DAZZIO, ZULANAS
  & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
Attorneys for Plaintiff

_____
Lea Richmond, IV (18479)
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on  *October 20* , 2006, the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

Christopher J. Zulanas, Esq.
FRIEDMAN, LEAK & BLOOM, P.C.
P.O. Box 43219
Birmingham, Alabama 34243-3219

Lea Richmond, IV, Esq.
CARR ALLISON
100 Vestavia Parkway
Birmingham, Alabama 35216

Lee C. Tieman, Esq.
Jack Hendrix, Esq.
LILES, DAVISON, TIEMAN & GOINS
1018 West St. Maertens Drive, Suite 200
St. Joseph, Missouri 64506

Kyle T. Turner, Esq.
NORMAN, WOOD, KENDRICK AND TURNER
Financial Center, Suite 1600
505 20th Street North
Birmingham, Alabama 35203

_____
OF COUNSEL