IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALICE SHEWMAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:05-cv-793-F |
| | ) | |
| EXHIBIT TRANSPORT, INC., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

The Final Judgment (Doc. # 49) is hereby VACATED.

Pursuant to the Joint Stipulation of Dismissal (Doc. # 48) filed by the parties on October 20, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED with prejudice as to Ken Keith Trucking, Inc. and Alva Eugene Sypolt, each party to bear their own costs and expenses. The action remains pending with respect to the other defendants.

The clerk of the court is directed to enter reopen this case.

DONE this the 24th day of October, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE