IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>EXHIBIT TRANSPORT, INC.; KEN KEITH )<br>TRUCKING, INC.; EXHIBIT TRANSFER )<br>& STORAGE, INC.; ALVA EUGENE )<br>SYPOLT; KENNETH W. KEITH; MELONIE )<br>KEITH; and TA OPERATING CORP. d/b/a )<br>TRAVELCENTERS OF AMERICA, )<br>)<br>Defendants ) | CIVIL ACTION CASE NUMBER:<br><br>2:05-cv-000793-F |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff, Alice Shewmake, and in accordance with the Court's Uniform Scheduling Order, informs the Court settlement has been reached with some, but not all, of the Defendants in this matter. Plaintiff has settled her claims against Defendants Ken Keith Trucking Company, Inc., Alva Eugene Sypolt and TA Operating Corp. d/b/a TravelCenters of America. Plaintiff is presently engaged in settlement negotiations with Exhibit Transport, Inc., Exhibit Transfer & Storage, Inc., Kenneth W. Keith and Melonie Keith, but settlement has not been reached. Plaintiff and her counsel believe mediation will assist in resolving the claims against those Defendants.

Respectfully submitted,

/s/ Christopher J. Zulanas

Christopher J. Zulanas
ASB-1572-u82c
Attorney for Plaintiff – Alice Shewmake

**Of Counsel:**
FRIEDMAN, LEAK,
DAZZIO, ZULANAS & BOWLING, P.C.
Post Office Box 43219
3800 Colonnade Parkway, Suite 650
Birmingham, AL 35243
(205) 278-7000
(205) 278-7001 Fax

## CERTIFICATE OF SERVICE

I hereby certify I have caused a copy of the foregoing pleading to be electronically filed and served on all counsel of record listed below this the 31st day of October, 2006.

_____
OF COUNSEL

cc:
Mr. Jack Dale Hendrix
Mr. Lee C. Tieman
*Liles, Davison*
1018 West Saint Maartens Drive
Suite 200
St. Joseph, MO 64506

Mr. James H. Anderson
*Beers, Anderson*
Post Office Box 1988
Montgomery, AL 36102

Mr. Kile T. Turner
*Norman, Wood*
1600 Financial Center
505 North 20th Street
Birmingham, AL 35203

462-3996