IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:05-cv-793-F |
| ) | |
| EXHIBIT TRANSPORT, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **JUDGMENT**

Defendant Travel Centers of America filed an Offer of Judgment (Doc. # 44) on October 10, 2006. On October 17, 2006, Plaintiff filed a Notice of Acceptance of Offer of Judgment (Doc. # 47). Pursuant to Rule 68 of the Federal Rules of Civil Procedure, it is appropriate to enter judgment in favor of Plaintiff and against Defendant Travel Centers of America in the amount of $15,000.00.[1] Accordingly, it is the ORDER, JUDGMENT, and DECREE of the Court that:

    1. Judgment be and hereby is entered in favor of Plaintiff and against Defendant Travel Centers of America in the amount of $15,000.00.

    2. Costs are taxed against Defendant Travel Centers of America.

    3. Defendant Travel Centers of America's Motion for Summary Judgment (Doc. # 42) is DENIED as moot.

    4. This action remains pending with respect to the other defendants.

---

[1] Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that there is no just reason for delay in entering judgment.

DONE this the 15th day of November, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE