IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION CASE NUMBER: |
| ) | |
| EXHIBIT TRANSPORT, INC.; KEN KEITH ) | 2:05-cv-000793-F |
| TRUCKING, INC.; EXHIBIT TRANSFER ) | |
| & STORAGE, INC.; ALVA EUGENE ) | |
| SYPOLT; KENNETH W. KEITH; MELONIE ) | |
| KEITH; and TA OPERATING CORP. d/b/a ) | |
| TRAVELCENTERS OF AMERICA, ) | |
| ) | |
| Defendants ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Alice Shewmake and Defendants Exhibit Transport, Inc., Exhibit Transfer & Storage, Inc., Ken Keith and Melonie Keith, by and through their counsel of record, and move this Honorable Court to enter an Order dismissing the claims between them, costs taxed as paid, on a full and final basis on the grounds that the same has been resolved. The judgment entered against Defendant TA Operating Corp. d/b/a TravelCenters of America is unaffected and remains in full force and effect.

**ATTORNEY FOR PLAINTIFF
ALICE SHEWMAKE**

_/s/ Christopher J. Zulanas_
Christopher J. Zulanas
FRIEDMAN LEAK
3800 Colonnade Pkwy., Ste. 650
Birmingham, AL 35243

ATTORNEYS FOR DEFENDANTS
EXHIBIT TRANSPORT, INC.
EXHIBIT TRANSFER & STORAGE INC.
KEN KEITH
MELONIE KEITH

*/s/ Jack Hendrix*

Jack Dale Hendrix
Lee C. Tieman
LILES, DAVISON, TIEMAN & GOINS
1018 West Saint Maartens Dr., Ste. 200
St. Joseph, MO 64506