IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ALICE SHEWMAKE, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-cv-793-MEF |
| | ) |
| EXHIBIT TRANSPORT, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal (Doc. # 54) filed by the parties on December 20, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, costs taxed as paid.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 22nd day of December, 2006.

                                                   /s/ Mark E. Fuller
                               CHIEF UNITED STATES DISTRICT JUDGE